UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAESAR DEPACO,

      Plaintiff,

v.                                        CASE NO. 3:23-cv-137-BJD-JBT

TRUST IN NEWS UNIPESSOAL
LDA., MIGUEL CARVALHO,
MAFALDA ANJOS

      Defendants.

_____/

## ORDER

Plaintiff's disclosure statement, Doc. 28, fails to provide the information required by Rule 7.1 of the Federal Rules of Civil Procedure, Local Rule 3.03, or both.

The Court approved a disclosure statement form that accords with the rules. The form is in the "forms" section of the Court's website, www.flmd.uscourts.gov.

The Court strikes Plaintiff's disclosure statement, Doc. 28 for failure to comply with the rules.  By **December 11, 2023**, Plaintiff must file a disclosure statement using the form.

**DONE AND ORDERED** in Jacksonville, Florida, on December 4, 2023.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record