UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAESAR DEPACO,

    Plaintiff,

v.                                  CASE NO. 3:23-cv-137-WWB-JBT

TRUST IN NEWS UNIPESSOAL LDA,
et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Rule 26(a)(1) Initial Disclosures ("Disclosure") (Doc. 32). Discovery materials "must not be filed until they are used in the proceeding or the court orders filing." Fed. R. Civ. P. 5(d)(1). The Court has not ordered the parties to file any discovery materials, and it does not appear that filing is necessary at this time. Therefore, the filing is due to be stricken. Counsel should ensure that discovery materials are not routinely filed in the future.

Accordingly, it is **ORDERED**:

The Disclosure (**Doc. 32**) is **STRICKEN** without prejudice to filing at a later time if necessary.

**DONE AND ORDERED** in Jacksonville, Florida, on January 17, 2024.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record